March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Edwin Rodriguez    ,

        Defendant(s).

--------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

14 -CR- 684 (__) (__)

Defendant  Edwin Rodriguez  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

___  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

---

*Julia Gatto*
Digitally signed by Julia Gatto
Date: 2020.11.06 12:12:41 -05'00'

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Edwin Rodriguez**
Print Defendant's Name

*Julia Gatto*
Digitally signed by Julia Gatto
Date: 2020.11.06 12:15:01 -05'00'

Defense Counsel's Signature

**Julia Gatto**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

*[signature: Stewart D. Aaron]*

11/6/2020
Date

U.S. Magistrate Judge