UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                               :

UNITED STATES OF AMERICA,                :

            -v-                                   :                14-CR-684 (PAE)

EDWIN RODRIGUEZ,                         :                <u>SCHEDULING ORDER</u>

                      Defendant.         :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **November 24, 2020** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: November 18, 2020
       New York, New York

                                                       PAUL A. ENGELMAYER
                                                       United States District Judge