**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 8, 2021

*VIA ECF*
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Edwin Rodriguez*, 14 CR 684 (PAE)

Dear Judge Engelmayer:

With the consent of the government, I write to seek an adjournment of the next conference in the above-referenced violation matter, currently scheduled for January 14, 2021. The parties are discussing a potential disposition short of hearing but need additional time. The parties ask for an adjourned date and time convenient for the Court in about 30 days.

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

    **GRANTED.** The conference is adjourned to February 16, 2021 at 10:30 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 58.

    1/8/2021

    SO ORDERED.

    */s/ Paul A. Engelmayer*
    PAUL A. ENGELMAYER
    United States District Judge