**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 2, 2021

*VIA ECF*
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Edwin Rodriguez*, 14 CR 684 (PAE)

Dear Judge Engelmayer:

With the consent of the government, I write to seek an adjournment of the next conference in the above-referenced violation matter, currently scheduled for February 16, 2021. The parties are discussing a potential disposition short of a hearing and anticipate that, on the adjourned date, Mr. Rodriguez will admit to at least one specification and the parties will be prepared to go forward with sentencing. The parties are available March 2 – March 5, 2021.

The parties jointly ask that the proceeding take place remotely. Mr. Rodriguez consents to proceeding remotely. He is detained at Essex County Jail (Booking Number 207586602).

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

**GRANTED.** The Court adjourns the conference until March 3, 2021 at 12:00 p.m. The Court directs counsel, in advance of the conference, to submit an waiver, executed by the defendant and defense counsel, consenting to proceeding remotely on that date. The parties are to each file a letter with their views on sentencing no later than March 1, 2021. The Clerk of Court is requested to terminate the motion at Dkt. No. 61.

2/2/2021
SO ORDERED.

*[signature]*
PAUL A. ENGELMAYER
United States District Judge