UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA,  :
 :
 -v-  :    14-CR-684 (PAE)
 :
EDWIN RODRIGUEZ,  :    <u>SCHEDULING ORDER</u>
 :
 :
Defendant.  :
 :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

     The Court schedules a telephonic conference in this case for **March 3, 2021** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

     If the parties wish to proceed directly to sentencing in this matter, on March 3, 2021, the Court requests that each side submit a sentencing letter by March 1, 2021.

     SO ORDERED.

                                                                         *Paul A. Engelmayer*
Dated: February 24, 2021                                       PAUL A. ENGELMAYER
       New York, New York                           United States District Judge