UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA              :

    - v. -                        :      <u>ORDER</u>

EDWIN RODRIGUEZ,                      :      14-CR-684(PAE)

              Defendant.       :

- - - - - - - - - - - - - - - - - -X

    WHEREAS on March 3, 2021, the defendant admitted to two violations of the conditions of his supervised release;

    WHEREAS on March 3, 2021, the Court sentenced the defendant to a term of 8 months' imprisonment with respect to these violations of supervised release, to be followed by a one year term of supervised release;

    WHEREAS the conditions of supervised release include that the defendant will participate in an inpatient drug treatment program upon completing his term of incarceration;

    THEREFORE, IT IS HEREBY ORDERED THAT, following the completion of the defendant's term of incarceration, and pending his admission into an inpatient drug treatment program, the defendant shall reside at 19 Abeel Street, #2E, Yonkers, NY, 10705.

Dated:  New York, New York
       March <u>4</u>, 2021

                                      _____
                                      THE HONORABLE PAUL A. ENGELMAYER
                                      UNITED STATES DISTRICT JUDGE