```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                 -v-                                                    :     14-CR-684 (PAE)
                                                                        :
EDWIN RODRIGUEZ,                                                        :     SCHEDULING ORDER
                                                                        :
                                                                        :
                           Defendant.                                   :
                                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **August 27, 2021** at **1:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: August 24, 2021
       New York, New York

                                                            _____
                                                                 PAUL A. ENGELMAYER
                                                                 United States District Judge