UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>EDWIN RODRIGUEZ,<br><br>                    Defendant. | 14-CR-684 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court schedules a next conference in this case for **September 15, 2021** at **12:30 p.m.** At that conference, the Court will either receive a guilty plea from Mr. Rodriguez as to the pending specification or evidence enabling the Court to resolve that specification. If the case is to proceed to sentencing at the next conference, the parties are directed to serve their sentencing letters no later than September 13, 2021.

SO ORDERED.

                                                                                                      PAUL A. ENGELMAYER
                                                                                                      United States District Judge

Dated: August 27, 2021
           New York, New York