UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
          -v-                                                           :          14-CR-684 (PAE)
                                                                        :
EDWIN RODRIGUEZ,                                                        :          <u>SCHEDULING ORDER</u>
                                                                        :
                                                                        :
                        Defendant.                       :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **October 6, 2021** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

                                                           *Paul A. Engelmayer*

Dated: October 1, 2021                                   PAUL A. ENGELMAYER
       New York, New York                      United States District Judge