```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
            -v-                                                   :       14-CR-684 (PAE)
                                                                  :
EDWIN RODRIGUEZ,                                                  :       SCHEDULING ORDER
                                                                  :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court reschedules the telephonic conference in this case for **October 12, 2021** at **3:30 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: October 5, 2021
       New York, New York

                                                 _____
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge