UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-                                                    14-CR-684 (PAE)

EDWIN RODRIGUEZ,                                   SCHEDULING ORDER

              Defendant(s).

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

      It is hereby ORDERED that the conference in this matter, presently scheduled for **December 9, 2021**, is RESCHEDULED to **January 14, 2022,** at **2:30 p.m.**

      SO ORDERED.

Dated: December 2, 2021
       New York, New York

                                                            PAUL A. ENGELMAYER
                                                            United States District Judge