UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

EDWIN RODRIGUEZ,

                Defendant.

14 Cr. 684-1 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court was notified today that defendant Edwin Rodriguez was apprehended today, on an arrest warrant that issued after the defendant failed to appear to begin serving his sentence. The Court consulted with counsel for the Government and the defense and with the Probation Department. All agree that there is no need for a presentment of the defendant, who is to begin serving his sentence forthwith. The Court agrees and accordingly will not hold a conference on this matter.

    SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: April 14, 2022
       New York, New York